Same case below, 376 Fed. Appx. 668.

■

**No. 10-5402. Lee Roy Garcia, Petitioner v. United States.**

562 U.S. 919, 131 S. Ct. 291, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7615.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 604 F.3d 186.

■

**No. 10-5404. Jason Matthew Patton, Petitioner v. North Carolina.**

562 U.S. 919, 131 S. Ct. 291, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7394.

October 4, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Richmond County, denied.

■

**No. 10-5405. Marcos Moreno-Montano, Petitioner v. Greg Jacquert, et al.**

562 U.S. 920, 131 S. Ct. 291, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7171.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 376 Fed. Appx. 865.

■

**No. 10-5406. Brian P. Hinkley, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 291, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7186.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 10-5407. Charles D. Adams, Petitioner v. Department of Defense.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7650.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 371 Fed. Appx. 93.

■

**No. 10-5408. Zechariah Benjamin, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7180.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 976.

■

**No. 10-5409. Avery Clemmons, Petitioner v. United States.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7327.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 376 Fed. Appx. 507.

■

**No. 10-5410. Steve Badue, Petitioner v. John McGinness, Sheriff, Sacramento County, California, et al.**

562 U.S. 920, 131 S. Ct. 292, 178 L. Ed. 2d 191, 2010 U.S. LEXIS 7459.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.